IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TAYLOR KERN,                                              )
                                                          )
                    PLAINTIFF,                            )
                                                          )
Vs.                                                       )   Case No.: 18-CV
                                                          )
GREGORY SCOTT GOSS, Individually;                         )
GOSS   TRUCKING, INC.; and                                )
GOSS FARMS LLC,                                           )
                                                          )
                    DEFENDANTS.                           )
                                                          )
_____                )

## <u>COMPLAINT</u>

Plaintiff, by and through his attorneys of record Dustin L. DeVaughn and Kathryn Wright of DeVaughn James, LLC, state and allege the following against defendants Gregory Scott Goss, Goss Trucking, Inc., and Goss Farms LLC:

### A.  PARTIES

1.      Plaintiff Taylor Kern is a Kansas resident and citizen who resides at 2020 11st Street, Great Bend, KS 67530.

2.      Defendant Gregory Scott Goss is a resident of Jackson County, Oklahoma and may be served at Defendant's residence at 516 W. B Street, El Dorado, OK 73537.

3.      Defendant Goss Trucking, Inc. is a foreign "for profit" business corporation organized under the State of Oklahoma.  It is registered to do business in the State of Oklahoma and may be served through its registered agent Gregory Scott Goss at 300 E Street, El Dorado, OK 73537.

4.      Defendant Goss Farms, LLC is a foreign "for profit" limited liability company that may be served at 516 W. B Street, El Dorado, OK 73537. Based upon reasonable inquiry no

company with the name Goss Farms, LLC is registered in Oklahoma, Texas, Nebraska, or Kansas therefore it is reasonable to believe that none of its members are citizens of the State of Kansas.

## B.      JURISDICTION AND VENUE

5.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. 1332(a) and (c) because the matter in controversy exceeds $75,000 and is between citizens of different states.

6.      Venue is proper in this district pursuant to 28 U.S.C. 1391(a)(2) and (c) because a substantial part of the events giving rise to the claims in controversy arose here.

## C.      NATURE OF ACTION

7.      This is a personal injury action arising out of a motor vehicle / combine collision between a vehicle occupied by plaintiff and a combine owned and operated by defendants.

## D.      ALLEGATIONS OF NEGLIGENCE

8.      At all times relevant herein, Gregory Scott Goss was an owner and/or employee and/or agent of defendants and was operating in the course and scope of his employment with defendants.

9.      Defendant, Goss Trucking, Inc., is formerly a motor carrier that operated under authority through the United States Department of Transportation with an inactive assigned D.O.T. number of 668738.

10.     Defendant, Goss Farms LLC is a motor carrier and operating under authority through the United States Department of Transportation with an assigned D.O.T. number of 2421768.

11.     The combine being operated by Gregory Scott Goss was owned, maintained, dispatched, supervised, controlled and repaired by defendants and was used as a commercial motor vehicle in both intrastate and interstate business.

12.     On or about September 21, 2016, at approximately 8:46 a.m., Gregory Scott Goss was operating the defendants' 2010 John Deere combine in the course and scope of employment for defendants.

13.     At all times relevant herein, Gregory Scott Goss was driving North on 14th Road in Lyons County, Kansas when he negligently, carelessly, and wantonly turned left onto Avenue N in front of plaintiff's car causing the collision.

14.     The actions and omissions of Gregory Scott Goss and defendants (both independently and through its driver Gregory Scott Goss under Respondeat Superior and Vicarious Liability) is negligent and careless for the following reasons:

A.     Failure to keep a proper lookout;

B.     Failed to yield the right of way;

C.     Failure to be attentive;

D.     Failure to exercise ordinary care;

E.     Failure to warn;

F.     Improper left turn; and

G.     Operation of a commercial motor vehicle in a reckless or careless manner.

15.     The negligence of defendants and their owner/employee / agent Gregory Scott Goss proximately caused the collision and the personal injuries and damages of plaintiff.

16.     As a result of defendants' negligence, plaintiff sustained severe personal injuries. Plaintiff has sustained past medical expenses, future medical expenses, economic damages for

household services, medical mileage, and past and future non-economic damages such as pain, suffering and mental anguish.

WHEREFORE, plaintiff requests judgment against defendant for an amount in excess of $75,000 plus costs and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DEVAUGHN JAMES INJURY LAWYERS

By____/s/Dustin L. DeVaughn_____
        Dustin L. DeVaughn (#16559)
        Kathryn Wright, #27478
        3241 N. Toben
        Wichita, KS 67226
        [P] 316-977-9999
        [F] 316-425-0414
        ddevaughn@devaughnjames.com
        *- ATTORNEYS FOR PLAINTIFFS*

## DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL

COMES NOW the plaintiffs and demands a pretrial conference and a trial by jury.

## DESIGNATION OF PLACE OF TRIAL

COMES NOW the plaintiffs and designates Wichita, Kansas as the place for trial in this matter.

DEVAUGHN JAMES INJURY LAWYERS


By____/s/Dustin L. DeVaughn_____
          Dustin L. DeVaughn (#16559)
          Kathryn Wright, #27478
          3241 N. Toben
          Wichita, KS 67226
          [P] 316-977-9999
          [F] 316-425-0414
          ddevaughn@devaughnjames.com
          - *ATTORNEYS FOR PLAINTIFFS*