# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAYLOR KERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 18-cv-1066-EFM-JPO |
| GREGORY SCOTT GOSS, Individually; | ) |
| GOSS TRUCKING, INC.; and | ) |
| GOSS FAMRS, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DISMISSAL OF THIS ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, Taylor Kern, by and through her counsel of record, Dustin L. DeVaughn of DeVaughn James, LLC, hereby notifies the Court and parties of the dismissal of this action with prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/Dustin L. DeVaughn
Dustin L. DeVaughn, #16559
DEVAUGHN JAMES INJURY LAWYERS
3241 N. Toben
Wichita, Kansas 67226
P: (316) 977-9999
F: (316) 425-0414
ddevaughn@devaughnjames.com
*Attorney for Plaintiff*